**DISMISSED; Opinion Filed December 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01571-CV

### IN RE TARRANT COUNTY REPUBLICAN PARTY, Relator

**Original Proceeding from Tarrant County, Texas**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Evans
Opinion by Justice Schenck

Before the Court is relator's December 27, 2019 motion to dismiss this petition for writ of mandamus. In the motion, relator explains that the complained-of documents have been produced, rending this proceeding moot. We grant relator's motion and dismiss this original proceeding.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

191571F.P05